IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
ROBIN S. ZALICK )
)
        Debtor ) CH 13 Case No. 08-40781
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1.    Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        ROBIN S. ZALICK
        125 WOOD ST
        EAST PALESTINE, OH 44413

                      $5.00

        **TOTAL:**        $5.00

2.    A check in the amount of $10.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3.    Nothing further remains to be done in this case.

DATED this 17th day of August, 2010.

                              _/s/ Michael A. Gallo_
                              MICHAEL A. GALLO, TRUSTEE
                              20 Federal Plaza West
                              Suite #602
                              Youngstown, OH 44503
                              (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| ROBIN S. ZALICK | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 08-40781 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 17th day of August, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67      TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT  
FEDERAL BUILDING & COURT HOUSE  
10 E COMMERCE STREET  
YOUNGSTOWN, OH 44503

CREDITOR:523237

VOUCHER FOR CHECK: 808979  
DATED: 2010/07/23

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLM# | CLS REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK | | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PRINCIPAL | INTEREST | | |
| CLERK OF THE U.S. BANKRUPTCY C | 0840781 | 926 | 6   13 | ZALICK, ROBIN S | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841339 | 926 | 6   51 | OLLER SR., DAVID A.<br>OLLER, KATHI J. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

#ITEMS 2     CURRENT CHECK — PRINCIPAL 10.00   INTEREST 0.00   PRINC + INT 10.00

08-40781-kw    Doc 44    FILED 08/18/10    ENTERED 08/18/10 16:20:32    Page 3 of 3